# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BENIGNO F. CORTES,<br><br>    Defendant. | Case No. 2:08-mj-89-GWF<br><br>**ORDER QUASHING WARRANT** |

The Defendant having been deported to Mexico,

**IT IS HEREBY ORDERED** that the warrant issued by the Court on June 2, 2010, is **QUASHED**.

DATED this 27th day of July, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge